**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENITAINI MATAELE,

        Petitioner,

  vs.

ROBERT ADAMS, Warden,

        Respondent.
                                  /

No. C 08-5379 PJH (PR)

**ORDER OF DISMISSAL; GRANT OF LEAVE TO PROCEED IN FORMA PAUPERIS**

      This is a habeas case brought pro se by a state prisoner. Petitioner contends that his sentence was unconstitutional in several respects. Leave to proceed in forma pauperis (document number 2 on the docket) is **GRANTED**.

      Because petitioner had a previous case attacking the same judgment, *see Mataele v. Finn*, No. C 01-3975 PJH (PR) (Order Sept. 30, 2005), this is a second or successive petition. A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition is accordingly **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary order.

      The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December    8   , 2008.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\HC.08\MATAELE5379.DSM-2d.wpd